[No. 37549-4-II.  Division Two.  September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMARA HUMPHREY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00535-1, Dave Edwards, J., entered March 24, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37855-8-II.  Division Two.  September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA PEARL LATHROP, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00480-6, S. Brooke Taylor, J., entered May 13, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37913-9-II.  Division Two.  September 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. STOLTENBERG, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00043-5, Robert L. Harris, J., entered May 28, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Hunt, J.